THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PASQUALE ROMANO, Appellant.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY SIMMONS, Appellant.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHESTER A. THOMPSON, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

JOSEPH REHL, Appellant, v. PHILIP LOVASCIO et al., Respondents.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

LOUIS B. ROCKWELL, Respondent, v. DIANN FLEISCHMANN, Appellant.

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

ROYAL HAIR PIN CORPORATION, Respondent, v. RIESER COMPANY, INC., Appellant.— Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

COY SKAGGS, Respondent, v. CORNELIUS KNIPE et al., Appellants.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

ALFRED SPINA, Appellant, v. JOSEPH PITELLI, Respondent.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.